

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00551-CV

**THE CITY OF CASTLE HILLS**,
Appellant

v.

Jenifer Ashley Andrea **ROBINSON**, et al,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22569
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellees brief was originally due on November 8, 2022. On November 2, 2022, appellees filed a motion for a thirty-day extension of time to file a brief. We granted the motion in part and ordered appellees' brief filed by November 28, 2022. We advised appellees that because of the time constraints governing the disposition of this appeal, further requests for extensions of time would be disfavored.

On November 16, 2022, the parties filed a "Joint Second Motion for Extension of Time for Appellees to File Merits Brief." In the motion, the parties explain the extension is sought because the parties have entered into settlement discussions and believe the extension may allow for a final resolution of the dispute.

We **grant** the motion and **order** appellees' brief filed by **December 28, 2022**. Counsel to appellees is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

<span>_____</span>
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.



_____
Michael A. Cruz,
Clerk of Court